Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  13−37609−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Dante Santarelli                    Karen Elizabeth Santarelli
   739 Garrison Court                                739 Garrison Court
   West Deptford, NJ 08051                     West Deptford, NJ 08051

Social Security No.:
   xxx−xx−1315                                        xxx−xx−2797

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
      proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
      due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
      commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
      case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
      the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
      Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
      Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
      of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
      Bankruptcy Code.

☐     An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 7, 2017
JAN: kaj

                                                  Jeanne Naughton
                                                  Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 13-37609-JNP
Christopher Dante Santarelli                                        Chapter 13
Karen Elizabeth Santarelli
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Dec 07, 2017
                              Form ID: cscnodsc         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db/jdb         +Christopher Dante Santarelli,    Karen Elizabeth Santarelli,    739 Garrison Court,
                 West Deptford, NJ 08051-2034
cr             +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
514719663       BANK OF AMERICA, N.A.,    P.O. BOX 660933,   DALLAS, TX 75266-0933
514433985      +Bank of America,    450 SAmerican Street,   Simi Valley, CA 93065-6285
515939368       Bank of America, N.A,    PO Box 31785,   Tampa, FL 33631-3785
514661407       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
514433986      +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
514482954       Internal Revenue Service,    PO Box 7346,   Springfield, NJ 07081
514433990      +Member Solutions,    PO Box 297,   Hatboro, PA 19040-0297
514850696       Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
514433993      +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
516561318      +Shellpoint Mortgage Servicing,    PO Box 10826,   Greenville SC 29603-0826,    ( 29603-0826
514499188      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
514433994     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 9490,    Cedar Rapids, IA  52409)
515583611      +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
514462771       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,   Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2017 22:26:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2017 22:26:50     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                 Newark, NJ 07102-5235
514433987      +E-mail/Text: mrdiscen@discover.com Dec 07 2017 22:26:24     Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
514453481       E-mail/Text: mrdiscen@discover.com Dec 07 2017 22:26:24     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
514433988      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 22:29:09     GECRB,   PO BOX 965005,
                 Orlando, FL 32896-5005
514803604       E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 22:26:31     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
514433989      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2017 22:26:26     Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
514702406       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2017 22:34:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
514637592       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 22:34:51
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,   POB 41067,
                 Norfolk VA 23541
514433992      +E-mail/PDF: pa_dc_claims@navient.com Dec 07 2017 22:29:03     Sallie Mae,   PO Box 9533,
                 Wilkes-Barre, PA 18773-9533
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514433991       Name-1,   Name-2,   Address,   City,   Zip Code
516561319       Shellpoint Mortgage Servicing,    PO Box 10826,   Greenville SC 29603-0826,    (800) 365-7107,
                 Shellpoint Mortgage Servicing,    PO Box 10826
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: Dec 07, 2017
                                      Form ID: cscnodsc              Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-5 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Frank J. Martone    on behalf of Creditor   BANK OF AMERICA, N.A. bky@martonelaw.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-5 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin P. Diskin    on behalf of Creditor    Specialized Loan Servicing LLC
           NJ_ECF_Notices@buckleymadole.com
          Robert H. Johnson    on behalf of Debtor Christopher Dante Santarelli ecfmail@rhjlaw.com,
           r43974@notify.bestcase.com
          Robert H. Johnson    on behalf of Joint Debtor Karen Elizabeth Santarelli ecfmail@rhjlaw.com,
           r43974@notify.bestcase.com
                                                                                             TOTAL: 9
```