**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher Dante Santarelli** | Social Security number or ITIN | xxx–xx–1315 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Karen Elizabeth Santarelli** | Social Security number or ITIN | xxx–xx–2797 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **13–37609–JNP**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Dante Santarelli                    Karen Elizabeth Santarelli

<u>12/8/17</u>                                   **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-37609-JNP
Christopher Dante Santarelli                                                Chapter 13
Karen Elizabeth Santarelli
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Dec 08, 2017
                             Form ID: 3180W        Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db/jdb        +Christopher Dante Santarelli,    Karen Elizabeth Santarelli,    739 Garrison Court,
               West Deptford, NJ 08051-2034
cr            +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
514719663      BANK OF AMERICA, N.A.,    P.O. BOX 660933,    DALLAS, TX 75266-0933
514482954      Internal Revenue Service,    PO Box 7346,    Springfield, NJ 07081
514433990     +Member Solutions,    PO Box 297,    Hatboro, PA 19040-0297
514850696      Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
516561318     +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC 29603-0826,    ( 29603-0826
514499188     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
515583611     +The Bank of New York Mellon, Trustee (See B10),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2017 22:35:17    U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2017 22:35:14    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514433985     +EDI: BANKAMER.COM Dec 08 2017 22:23:00    Bank of America,    450 SAmerican Street,
               Simi Valley, CA 93065-6285
515939368      EDI: BANKAMER.COM Dec 08 2017 22:23:00    Bank of America, N.A,   PO Box 31785,
               Tampa, FL 33631-3785
514661407      EDI: BL-BECKET.COM Dec 08 2017 22:23:00    Capital One, N.A.,    c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
514433986     +EDI: CHASE.COM Dec 08 2017 22:23:00    Chase,    PO Box 15298,    Wilmington, DE 19850-5298
514433987     +EDI: DISCOVER.COM Dec 08 2017 22:23:00    Discover,    PO Box 71084,    Charlotte, NC 28272-1084
514453481      EDI: DISCOVER.COM Dec 08 2017 22:23:00    Discover Bank,    DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
514433988     +EDI: RMSC.COM Dec 08 2017 22:23:00    GECRB,    PO BOX 965005,    Orlando, FL 32896-5005
514803604      EDI: IRS.COM Dec 08 2017 22:23:00    Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
514433989     +EDI: CBSKOHLS.COM Dec 08 2017 22:23:00    Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
514702406      EDI: RESURGENT.COM Dec 08 2017 22:23:00    LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
514637592      EDI: PRA.COM Dec 08 2017 22:23:00    Portfolio Recovery Associates, LLC,
               c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
514433992     +EDI: NAVIENTFKASMSERV.COM Dec 08 2017 22:23:00    Sallie Mae,    PO Box 9533,
               Wilkes-Barre, PA 18773-9533
514433993     +EDI: SEARS.COM Dec 08 2017 22:23:00    Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
514433994      EDI: TFSR.COM Dec 08 2017 22:23:00    Toyota Financial Services,    PO Box 9490,
               Cedar Rapids, IA  52409
514462771      EDI: TFSR.COM Dec 08 2017 22:23:00    Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
               Cedar Rapids, Iowa 52408-8026
                                                                                            TOTAL: 17


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514433991      Name-1,   Name-2,   Address,   City,    Zip Code
516561319      Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC 29603-0826,    (800) 365-7107,
               Shellpoint Mortgage Servicing,    PO Box 10826
                                                                                 TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin               Page 2 of 2          Date Rcvd: Dec 08, 2017
                             Form ID: 3180W            Total Noticed: 26

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:

     Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
     as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
     2007-5 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Frank J. Martone   on behalf of Creditor   BANK OF AMERICA, N.A. bky@martonelaw.com
     Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
     summarymail@standingtrustee.com
     Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
     Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     Joshua I. Goldman   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
     as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
     2007-5 jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Kevin P. Diskin   on behalf of Creditor   Specialized Loan Servicing LLC
     NJ_ECF_Notices@buckleymadole.com
     Robert H. Johnson   on behalf of Debtor Christopher Dante Santarelli ecfmail@rhjlaw.com,
     r43974@notify.bestcase.com
     Robert H. Johnson   on behalf of Joint Debtor Karen Elizabeth Santarelli ecfmail@rhjlaw.com,
     r43974@notify.bestcase.com

                                                   TOTAL: 9